# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

**APPEARANCE**

Case Number:    07mj8945

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JAVIER SOTO-CASTRO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/28/2007 | /s/ ROBERT H. REXRODE |
| Date | Signature |
| | Robert H. Rexrode / Federal Defenders of SD    230024 |
| | Print Name      Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number      Fax Number |